Submitted on record and appellant's brief October 29,
reversed and remanded November 10, 1975

STATE OF OREGON, *Respondent, v.* KENNETH
DUANE DEAN (No. 75-108, CA 4950), *Appellant.*

541 P2d 1071

Gary D. Babcock, Public Defender, and J. Marvin
Kuhn, Deputy Public Defender, Salem, filed the brief
for appellant.

Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and Rhidian M. M. Morgan,
Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Langtry and
Foley, Judges.

PER CURIAM.

The state confesses error.

Reversed and remanded.